UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell
United States District Judge
Sacramento, California

                             RE:    Lysette ESCOBAR
                                      Docket Number:   2:07CR00026-01
                                      **PERMISSION TO TRAVEL**
                                      <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel to Mexicali, Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 9, 2006, in the Southern District of California, Lysette Escobar was sentenced for the offense of 8 USC 1324(a)(2)(B)(iii) and 18 USC 2 - Bringing in Illegal Aliens Without Presentation and Aiding and Abetting.

**Sentence imposed:** 10 months Bureau of Prisons, 36 months supervised release, and $100 special assessment.

**Dates and Mode of Travel:** Ms. Escobar will drive with her parents, Antonio Escobar and Maria Duran, and her children, in their Nissan Sentra (5ZYZ402). They will leave on November 21, 2007, and return November 27, 2007.

**Purpose:** Ms. Escobar's grandmother, Socorro Duran, has become very ill and the entire family wanted to visit her together for possibly the last time. They will stay with the grandmother at Avenue Bolivia 651, Col Cuathemo Norte, Mexicali, Mexico 212000.

**RE:**   **Lysette Escobar**
   **Docket Number:   2:07CR00026-01**
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


   Respectfully Submitted,

   /s/   Kris M. Miura

   **KRIS M. MIURA**
   **United States Probation Officer**

**DATED:**   November 19, 2007
   Sacramento, California
   KMM:jz


**REVIEWED BY:**      /s/   John A. Poglinco  (for)
   **KYRIACOS M. SIMONIDIS**
   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    XXXX                             Disapproved _____

                                                                           *[signature]*

  November 19, 2007
**Date**                                                                     **HONORABLE FRANK C. DAMRELL, JR.**
                                                                             **UNITED STATES DISTRICT JUDGE**